IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LENNIE EDWARD COLES, JR.,<br><br>Defendant. | ) Criminal Action No. 3:23CR115<br>)<br>) 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>) Distribution of Cocaine<br>) (Count One)<br>)<br>) 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>) Possession with Intent to Distribute<br>) Cocaine<br>) (Count Two)<br>)<br>) 18 U.S.C. § 922(g)(1)<br>) Possession of Firearms and Ammunition by<br>) a Convicted Felon<br>) (Count Three) |

Forfeiture Allegation

September 2023 Term – at Richmond, Virginia

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Distribution of Cocaine)

On or about November 18, 2021, in the Eastern District of Virginia, the defendant, LENNIE EDWARD COLES, JR., did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)).

**COUNT TWO**
(Possession with Intent to Distribute Cocaine)

On or about September 14, 2022, in the Eastern District of Virginia, the defendant, LENNIE EDWARD COLES, JR., did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)).

### COUNT THREE
(Possession of Firearms and Ammunition by a Convicted Felon)

On or about September 14, 2022, in the Eastern District of Virginia, the defendant, LENNIE EDWARD COLES, JR., knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, to wit: (1) a Glock, Model 23, .40 caliber, semi-automatic pistol, bearing serial number BWEK799; (2) a Glock, Model 30, .45 caliber, semi-automatic pistol, bearing serial number BTAC217; and (3) various ammunition, to include .45 and .40 caliber rounds, that had been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offenses charged in Count One and Count Two of this Indictment, he shall forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offenses charged; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses charged.

The defendant is hereby further notified that if convicted of the offense charged in Count

Three of this Indictment, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense charged.

Property subject to forfeiture includes, but is not limited to:

(1) a Glock, Model 23, .40 caliber, semi-automatic pistol, bearing serial number BWEK799;

(2) a Glock, Model 30, .45 caliber, semi-automatic pistol, bearing serial number BTAC217; and

(3) all accompanying magazines and ammunition.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)).

(In accordance with Title 21, United States Code, Section 853).

A TRUE BILL:

FOREPERSON

JESSICA D. ABER
United States Attorney

By: _____
Ellen V. Hubbard
Special Assistant United States Attorney

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office